IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| P&P INFINITY HOLDINGS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-00338-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| AFG SR ORANGE, LLC, *and* AFG SR OP, LLC, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 9, 2025, the Court referred Plaintiff P&P Infinity Holdings's *Motion for Default Judgment* (Doc. No. 13) to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition. On July 11, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 14], which recommended granting the motion.

The Court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 14] is ADOPTED. The Court will enter a default judgment separately.

**SIGNED this 8th day of August, 2025.**

Michael J. Truncale
United States District Judge